No. 10–11117.  INDA-LARES v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 10–11118.  HAGEON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 10–11119.  ISOM v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 10–11120.  GRAHAM v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 10–11121.  DODSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 10–11122.  DIAZ-DELGADO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–11123.  CARTER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 10–11124.  PIEPER v. HOUSTON, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES.  C. A. 8th Cir.  Certiorari denied.

No. 10–11125.  BROWN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–11126.  SMITH v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–11127.  GUNTER v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 10–11128.  HALL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–11129.  GRUBER v. PALMER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–11130.  FOX v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–11131.  FOSTER v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.